UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

TOMMY LEE JONES,

    Defendant.
_____/

CRIMINAL NO. 15-20713

HON. JOHN CORBETT O'MEARA

## ORDER OF DISMISSAL OF COUNT ONE
## OF THE FIRST SUPERSEDING INDICTMENT

Leave of the Court is granted for the reasons stated in the government's motion to dismiss Count One in the First Superseding Indictment against Tommy Lee Jones, 15-20713. Accordingly, IT IS HEREBY ORDERED that Count One of the First Superseding Indictment against that defendant be dismissed without prejudice.

John Corbett O'Meara
United States District Judge

Entered: October 24, 2016