UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TOMMY LEE JONES,

       Defendant.

Case No. 15-20713

Honorable John Corbett O'Meara

_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

This matter came before the court on defendant Tommy Lee Jones' May 3, 2016 motion to suppress evidence.  The government filed a response May 11, 2016; and Defendant filed a reply May 18, 2016.  The court presided over an evidentiary hearing October 24, 2016.

Defendant Jones moved to suppress statements he made during interviews with law enforcement officials.  Jones alleged that the statements were "obtained through the use of intimidation, threatening behavior, psychological pressure, mental coercion, and false promises and were therefore involuntarily."  Def.'s mot. at 3.

The court heard testimony from two government two witnesses, FBI agent Lauren Williamson and FBI special agent Michael Fitzgerald, and from defendant Tommy Lee Jones and his stepdaughter Courtney Jennings.

Having heard the testimony of all four witnesses, the court finds the testimony of Williamson and Fitzgerald to be credible.  The court further finds that the testimony of Jones and Jennings does not support a finding that Jones' confession was not made voluntarily.  Therefore, it is hereby **ORDERED** that defendant Jones' motion to suppress evidence is **DENIED.**


s/John Corbett O'Meara
United States District Judge


Date:  October 25, 2016



I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 25, 2016, using the ECF system.


s/William Barkholz
Case Manager