UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMY LEE JONES,

    Defendant.
                                     /

Case No. 15-20713

Honorable John Corbett O'Meara

## **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR RECONSIDERATION OF FORFEITURE ORDER**

This matter came before the court on defendant Tommy Lee Jones' March 21, 2017 Motion for Reconsideration of Preliminary Order of Forfeiture entered March 7, 2017. The government filed a response March 29, 2017. No reply was filed and no oral argument was heard.

In the Preliminary Order of Forfeiture, it was ordered that an ASUS computer and a Kodak SD card be forfeited. In his prayer for relief, Defendant asks that the Order be vacated and that the court "issue an Order directing the Government to maintain possession of [those two items] pending the conclusion of all appellate proceedings in this case. Def.'s mot. br. at 7.

In its response, "the United States does not object to the defendant presenting an argument at the sentencing hearing in opposition to the forfeiture of the ASUS computer." Gov't. resp. br. at 8. Furthermore, the acknowledges that it is "obligated to maintain the possession of evidence gathered in its investigation while the appeal is pending." Id.

## ORDER

It is hereby **ORDERED** that defendant Jones' March 21, 2017 motion is **DENIED WITHOUT PREJUDICE.**

s/John Corbett O'Meara  
United States District Judge

Date: April 12, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 12, 2017, using the ECF system.

s/William Barkholz  
Case Manager